1084

No. 97–7180.  CROOK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7187.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–7200.  KINGSTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7201.  KOGER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–7207.  MELIUS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–747.  PARKER v. METROPOLITAN LIFE INSURANCE CO. ET AL.  C. A. 6th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 97–791.  BURCH v. COCA-COLA CO.  C. A. 5th Cir.  Motion of American Society of Addiction Medicine et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this motion and this petition.

No. 97–822.  FAIR ET AL. v. CITY OF SAN BUENAVENTURA ET AL.  Ct. App. Cal., 2d App. Dist.  Motions of First Assembly of God in Ventura and Pacific Justice Institute for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 97–6811.  AYERS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. v. FORDICE, GOVERNOR OF MISSISSIPPI, ET AL.  C. A. 5th Cir.  Motion of National Association for Equal Opportunity in Higher Education et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 97–7534 (A–517).  CEJA v. ARIZONA.  Super. Ct. Ariz., Maricopa County.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.